UNITED STATES of America, Plaintiff-Appellee,

v.

Anthony VIERA, Defendant-Appellant.

No. 86–2161.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 1987.

Paul Nugent, Mike DeGeurin, Houston, Tex., for defendant-appellant.

Henry K. Oncken, U.S. Atty., Susan L. Yarbrough, James R. Gough, Asst. U.S. Attys., Houston, Tex., for plaintiff-appellee.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

[*] Judge Randall is recused, and therefore did not

ON SUGGESTION FOR REHEARING EN BANC

(Opinion June 3, 1987, 5 Cir., 1987, 819 F.2d 498)

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.